JS-6

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

8
9
10
11
12
13
14
15
16
17

| T.V., | Case No. 5:18-cv-02273-SHK |
| Plaintiff, | |
| v. | JUDGMENT |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

18      It is the judgment of this Court that the Commissioner of Social Security's

19  decision is REVERSED and this case is REMANDED to the Social Security

20  Administration for further proceedings consistent with this Court's Order.

21
22   DATED: 11/22/2019
23                                    _____
24                                    HONORABLE SHASHI H. KEWALRAMANI
                                      United States Magistrate Judge
25
26
27
28